# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SANDRA DENISE DOUGLAS,

                      Plaintiff,

-against-

ANDREW SAUL, Commissioner of
Social Security,

                      Defendant.

------------------------------------------------------------X

20 CIVIL 322 (PED)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated July 8, 2021, the Commissioner's motion is DENIED; plaintiff's motion is GRANTED; and the case is REMANDED for further administrative proceedings consistent with the Decision and Order pursuant to 42 U.S.C. § 405(g), sentence four; accordingly, this case is closed.

**Dated:** New York, New York
        July 8, 2021

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                   **BY:**   *K. Mango*

                                                        **Deputy Clerk**